DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NOX-CRETE, INC.,

Appellant,

v.

GOT-RACK.COM, INC.,

Appellee.

No. 2D2024-0628

_____

November 5, 2025

Appeal from the Circuit Court for Hillsborough County; J. Logan
Murphy, Judge.

Michael M. Brownlee of Fisher Rushmer, P.A., Orlando, for Appellant.

Scott Stigall of Gunster, Yoakley & Stewart, P.A., Tampa, for
Appellee.


PER CURIAM.

Affirmed.


KHOUZAM, SLEET, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.